IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 4:13CR3049 |
|---|---|
| Plaintiff, | |
| vs. | **ORDER** |
| DONALD SMITH, | |
| Defendant. | |

IT IS ORDERED that:

1. The Defendant's Unopposed Motion to Continue Revocation Hearing (filing 18) is granted.

2. Defendant Donald Smith's violation of supervised release hearing is continued to April 28, 2016, at 2:00 p.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 15th day of March, 2016.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
United States District Judge